**PHILIP A. DeMASSA**
A PROFESSIONAL CORPORATION
ATTORNEY AT LAW -Bar No. 47667
2356 Moore Street, Suite 201
San Diego, California 92110
Telephone: (619) 294-2777
Facsimile:  (619) 294-2120
Attorney for Defendant
RAFAEL AGUIRRE

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR F. 04-5321 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXONERATING BOND |
| v. | ) | |
| | ) | |
| RAFAEL AGUIRRE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the bond previously set for defendant Rafael Aguirre is exonerated as of August 1, 2005 and defendant is remanded to custody as of that date.

Dated:   August 3 , 2005    _/s/ OLIVER W. WANGER_

                        _____
                        OLIVER W. WANGER
                        U.S. DISTRICT COURT JUDGE